**Order entered September 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01388-CV

**PREMIER POOLS MANAGEMENT CORP., ET AL., Appellants**

**V.**

**PREMIER POOLS, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07182**

## ORDER

We **GRANT** appellee's August 31, 2015 unopposed second motion for an extension of

time to file a brief. Appellee shall file a brief by **OCTOBER 2, 2015**. We caution appellee that

no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE